**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KCI LICENSING, INC., KCI MEDICAL RESOURCES UNLIMITED COMPANY, MEDICAL HOLDINGS LIMITED, KCI MANUFACTURING, INC., KCI IMPORTS, INC., AND KCI USA, INC.**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**SMITH & NEPHEW, INC., SMITH & NEPHEW HOLDINGS, INC., and SMITH & NEPHEW PLC**<br><br>　　Defendants. | Civil Action No. 16-cv-912-GMS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs KCI Licensing, Inc., KCI Medical Resources Unlimited Company, Medical Holdings Limited, KCI Manufacturing, Inc., KCI Import, Inc., and KCI USA, Inc. hereby voluntarily dismiss the Complaint in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this voluntary dismissal of the Complaint is without prejudice.

| | |
|---|---|
| Dated: January 3, 2017 | Respectfully submitted, |
| | FARNAN LLP |
| *Of Counsel:* | /s/ Brian E. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| John M. Desmarais | Michael J. Farnan (Bar No. 5165) |
| Paul A. Bondor | 919 North Market Street |
| Justin P.D. Wilcox | 12th Floor |
| C. Austin Ginnings | Wilmington, DE 19801 |
| Adam Steinmetz | (302) 777-0300 |
| Desmarais LLP | (302) 777-0301 |
| 230 Park Avenue | bfarnan@farnanlaw.com |
| New York, NY 10169 | mfarnan@farnanlaw.com |
| (212) 351-3400 (Tel) | |

(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
jwilcox@desmaraisllp.com
aginnings@desmaraisllp.com
asteinmetz@desmaraisllp.com

*Counsel for Plaintiffs*