AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>10/7/2016 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>KCI Licensing, Inc., KCI Medical Resources Unlimited Company, Medical Holdings Limited, KCI Manufacturing, Inc., KCI Import, Inc., and KCI USA, Inc. | | DEFENDANT<br>Smith & Nephew, Inc., Smith & Nephew Holdings, Inc., and Smith & Nephew PLC | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 US 7,004,915 B2 | 2/28/2006 | KCI Licensing, Inc. | |
| 2 US 8,758,315 B2 | 6/24/2014 | KCI Licensing, Inc. | |
| 3 US 7,108,683 B2 | 9/19/2006 | KCI Licensing, Inc. | |
| 4 US 8,795,244 B2 | 8/5/2014 | KCI Licensing, Inc. | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - See attached |

| CLERK<br>John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK | DATE<br>1/5/17 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KCI LICENSING, INC., KCI MEDICAL RESOURCES UNLIMITED COMPANY, MEDICAL HOLDINGS LIMITED, KCI MANUFACTURING, INC., KCI IMPORTS, INC., AND KCI USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC., SMITH & NEPHEW HOLDINGS, INC., and SMITH & NEPHEW PLC<br><br>Defendants. | Civil Action No. 16-cv-912-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs KCI Licensing, Inc., KCI Medical Resources Unlimited Company, Medical Holdings Limited, KCI Manufacturing, Inc., KCI Import, Inc., and KCI USA, Inc. hereby voluntarily dismiss the Complaint in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this voluntary dismissal of the Complaint is without prejudice.

Dated: January 3, 2017

*Of Counsel:*

John M. Desmarais
Paul A. Bondor
Justin P.D. Wilcox
C. Austin Ginnings
Adam Steinmetz
Desmarais LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
jwilcox@desmaraisllp.com
aginnings@desmaraisllp.com
asteinmetz@desmaraisllp.com

*Counsel for Plaintiffs*